**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8039

BENJAMIN SMITH,

                Petitioner - Appellant,

        v.

LISA J. HOLLINGSWORTH; J. D. WHITEHEAD,

                Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:08-cv-03166-RDB)

Submitted:  July 22, 2010            Decided:  August 18, 2010

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Benjamin Smith, Appellant Pro Se.  Alex Gordon, Assistant United
States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Smith, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Hollingsworth, No. 1:08-cv-03166-RDB (D. Md. Sept. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2